FILED
2016 Aug-11 PM 04:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | | |
|---|---|---|
| **PHILLIP EGGELSTON,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | 6:16-cv-00217-LSC |
| **MARSHALL DURBIN FOOD CORPORATION,** | ) | |
| **Defendant.** | ) | |

## FINAL ORDER AND JUDGMENT

It is hereby ORDERED that Defendant's application to vacate an arbitration award (doc. 2) is DENIED. Plaintiff's "Motion to Confirm Arbitration Award Entered August 14, 2014 and Enter a Judgment Against Defendant" (doc. 6) and Plaintiff's "Renewed Motion to Confirm an Award" (doc. 11), both filed pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. § 9 (1982), are hereby GRANTED. The Final Award of the arbitrator appended to Plaintiff's motion to confirm arbitration award (doc. 6, ex. 1) is hereby CONFIRMED and is the judgment of this Court.

In accordance with the Final Award, JUDGMENT is entered in favor of Plaintiff and against Defendant; Plaintiff is hereby awarded $75,000.00 in damages plus applicable post judgment interest at the current applicable rate from

1

September 13, 2014 until paid in full; and the law firm of Wiggins, Childs, Pantazis, Fisher, & Goldfarb is awarded $123,685.00 in attorney fees and $4,634.10 in costs plus applicable post judgment interest at the current applicable rate from September 13, 2014 until paid in full.

Pursuant to 9 U.S.C. § 13,[1] the Clerk is directed to file this Order and the Final Award of the arbitrator (doc. 6, ex 1) as the final judgment in this action.

This action is hereby DISMISSED.

**DONE** AND **ORDERED** ON AUGUST 11, 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704

---

[1] "The judgment shall be docketed as if it was rendered in an action." 9 U.S.C. § 13.